# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JON MARK LAMONTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action Number: |
| v. | ) |
| | ) 1:10-cv-02658-JOF |
| CRAWFORD & COMPANY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S AMENDED INITIAL DISCLOSURES

Defendant Crawford & Company, by its attorneys and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.1, hereby makes its Amended Initial Disclosures.

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

Defendant is properly identified.

(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

Defendant is not aware of any necessary parties to this action who have not

been named by Plaintiff.

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

Plaintiff is a former employee of Defendant who worked as a Surveyor during the period of time at issue in this action. Plaintiff worked in the field; each workweek, he recorded and submitted his hours worked to Defendant. Plaintiff was properly paid for all hours worked in accord with the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. Defendant lawfully and in good faith compensated Plaintiff for all hours worked during the relevant time period.

(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

The FLSA and all regulations, case law, and U.S. Department of Labor opinion letters interpreting it.

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

See Attachment A for a witness list.

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

Defendant does not anticipate the use of any expert witnesses at trial.

(7)  Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.  (Attach document list and descriptions to Initial Disclosures as Attachment C.)

See Attachment C for a document list and descriptions.

(8)  In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34.  (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

Defendant currently does not seek to maintain a claim for damages against Plaintiff, but it reserves the right to seek recovery of its costs and attorneys' fees in an amount to be determined at a later date.

(9)  If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

At this time, Defendant does not contend that any other person or legal entity is, in whole or in part, liable to Plaintiff or Defendant in this matter.

(10)  Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment.  (Attach a copy of insurance agreement to Initial Disclosures as Attachment E.)

At this time, Defendant is not aware of an applicable insurance agreement.

        Respectfully submitted,

        CRAWFORD & COMPANY

        By  s/ Brett C. Bartlett
           Brett C. Bartlett
           Georgia Bar No. 040510
           Seyfarth Shaw LLP
           1075 Peachtree Street NE
           Suite 2500
           Atlanta, Georgia 30309-3962
           (404) 885-1500 Phone
           (404) 892-7056 Facsimile
           bbartlett@seyfarth.com

        Counsel for Defendant

Dated:  January 21, 2011

# ATTACHMENT A

The following is a list of individuals likely to have discoverable information that Defendant may use to support its claims or defenses:

| Name | Contact information | Possible Knowledge |
|---|---|---|
| Jon Mark Lamonte | c/o DeLong, Caldwell, Bridgers & Fitzpatrick LLC<br>101 Marietta Street NW<br>Atlanta, Georgia 30303 | Mr. Lamonte has knowledge regarding his claims and allegations. |
| Bob Hansard | c/o Seyfarth Shaw LLP<br>1075 Peachtree Street NE<br>Suite 2500<br>Atlanta, Georgia 30309-3962<br>Telephone: (404) 885-1500 | Mr. Hansard may have knowledge regarding the manner in which Plaintiff conducted, reported, and was compensated for his hours worked. |
| Kirby Klosson | c/o Seyfarth Shaw LLP<br>1075 Peachtree Street NE<br>Suite 2500<br>Atlanta, Georgia 30309-3962<br>Telephone: (404) 885-1500 | As Vice President of Strategic Warranty Services, Mr. Klosson may have information relevant to Plaintiff's claims and Defendant's defenses. |
| Althea Lewinson | c/o Seyfarth Shaw LLP<br>1075 Peachtree Street NE<br>Suite 2500<br>Atlanta, Georgia 30309-3962<br>Telephone: (404) 885-1500 | Ms. Lewinson may have knowledge regarding the time reporting, overtime, and compensation policies that applied to Plaintiff. |

## ATTACHMENT C

The following is a list of all documents, data compilations, and tangible things in Defendant's possession, custody, or control that it may use to support its claims or defenses:

1. Payroll records for Plaintiff;

2. Time records for Plaintiff;

3. Plaintiff's personnel file; and

4. Relevant documents describing policies or procedures relating to Plaintiff's compensation by Defendant.

The above documents are located at the offices of Seyfarth Shaw LLP.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JON MARK LAMONTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number: |
| v. ) | |
| ) | 1:10-cv-02658-JOF |
| CRAWFORD & COMPANY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I certify that on January 21, 2011, I filed **Defendant's Amended Initial Disclosures** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Charles R. Bridgers
Kevin D. Fitzpatrick, Jr.
101 Marietta Street NW
Suite 3100, Centennial Tower
Atlanta, Georgia  30303

                s/ Brett C. Bartlett
                Counsel for Defendant

13069365v.1