# **EXHIBIT A**

**Summary of Fees**

## LaMonte v. Crawford

### Fees Incurred in Preparing Opposition to Plaintiff's Motion to Compel and For Sanctions

**Total**

| Source | Hours | Rate | | Total | |
|---|---|---|---|---|---|
| Brett Bartlett | 4.7 | $ | 495.00 | $ | 2,326.50 |
| Kevin Young | 54.9 | $ | 275.00 | $ | 15,097.50 |
| Grand Total | | | | **$** | **17,424.00** |

**Draft opposition brief**

| Source | Hours | Rate | | Total | |
|---|---|---|---|---|---|
| Brett Bartlett | 1.7 | $ | 495.00 | $ | 841.50 |
| Kevin Young | 30.9 | $ | 275.00 | $ | 8,497.50 |
| Grand Total | | | | **$** | **9,339.00** |

**Draft motion for reasonable expenses**

| Source | Hours | Rate | | Total | |
|---|---|---|---|---|---|
| Brett Bartlett | 3.0 | $ | 495.00 | $ | 1,485.00 |
| Kevin Young | 24.0 | $ | 275.00 | $ | 6,600.00 |
| Grand Total | | | | **$** | **8,085.00** |

**LaMonte v. Crawford**
**Fees Incurred in Preparing Opposition to Plaintiff's Motion to Compel and For Sanctions**

| Date | Initials | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 5/21/2011 | 3168 | Brett Bartlett | 0.2 | $ 99.00 | Review motion to compel filed by plaintiff. | 72198-000003 | 20505311 |
| 5/26/2011 | 4334 | Kevin Young | 0.8 | $ 220.00 | Prepare opposition to Plaintiff's motion to compel and for sanctions. | 72198-000003 | 20535963 |
| 5/27/2011 | 3168 | Brett Bartlett | 0.5 | $ 247.50 | Direct preparation of response to motion to compel. | 72198-000003 | 20543091 |
| 5/27/2011 | 4334 | Kevin Young | 1.2 | $ 330.00 | Analyze Plaintiff's motion to compel and for sanctions. | 72198-000003 | 20543440 |
| 5/30/2011 | 4334 | Kevin Young | 4.1 | $ 1,127.50 | Draft opposition to Plaintiff's motion to compel and for sanctions. | 72198-000003 | 20543445 |
| 5/31/2011 | 4334 | Kevin Young | 3.9 | $ 1,072.50 | Analyze case law from throughout the Eleventh Circuit for authority in support of opposition to Plaintiff's motion to compel. | 72198-000003 | 20563542 |
| 5/31/2011 | 4334 | Kevin Young | 5.7 | $ 1,567.50 | Draft opposition to Plaintiff's motion to compel. | 72198-000003 | 20563543 |
| 6/1/2011 | 4334 | Kevin Young | 2.9 | $ 797.50 | Draft opposition to Plaintiff's motion to compel. | 72198-000003 | 20563544 |
| 6/1/2011 | 4334 | Kevin Young | 2.2 | $ 605.00 | Analyze case law from throughout the Eleventh Circuit for authority in support of opposition to Plaintiff's motion to compel. | 72198-000003 | 20563545 |
| 6/1/2011 | 4334 | Kevin Young | 0.3 | $ 82.50 | Draft motion to stay all post-discovery deadlines. | 72198-000003 | 20563547 |
| 6/2/2011 | 3168 | Brett Bartlett | 1.0 | $ 495.00 | Review and revise opposition to motion to compel. | 72198-000003 | 20570632 |
| 6/2/2011 | 4334 | Kevin Young | 1.6 | $ 440.00 | Analyze case law for additional authority in support of opposition to Plaintiff's motion to compel. | 72198-000003 | 20584915 |
| 6/2/2011 | 4334 | Kevin Young | 0.5 | $ 137.50 | Correspondence with opposing counsel regarding motion to stay deadlines tied to the close of the discovery period until Plaintiff's motion to compel is decided. | 72198-000003 | 20584916 |
| 6/2/2011 | 4334 | Kevin Young | 5.6 | $ 1,540.00 | Revise opposition to Plaintiff's motion to compel to include additional arguments, authority, and record cites (3.0); prepare exhibits of email communications for opposition brief (0.5); draft declaration of counsel regarding opposition exhibits (0.7); prepare motion to stay deadlines tied to the close of the discovery period until Plaintiff's motion to compel is decided (0.9); revise motion to stay deadlines tied to the close of the discovery period until Plaintiff's motion to compel is decided (0.5). | 72198-000003 | 20584917 |
| 6/6/2011 | 4334 | Kevin Young | 1.2 | $ 330.00 | Revise declaration of counsel in support of opposition to Plaintiff's motion to compel (0.5); make final revisions to Defendant's opposition to Plaintiff's motion to compel (0.7). | 72198-000003 | 20584923 |
| 6/6/2011 | 4334 | Kevin Young | 0.9 | $ 247.50 | Review eleven email exhibits to ensure accuracy before filing opposition to Plaintiff's motion to compel (0.4); file Defendant's opposition to Plaintiff's motion to compel (0.5). | 72198-000003 | 20584924 |
| 8/9/2011 | 4334 | Kevin Young | 3.0 | $ 825.00 | Analyze court's order denying Plaintiff's motion to compel and directing client to file motion for its reasonable expenses (0.9); analyze Eleventh Circuit case law regarding fee awards, including examples of supporting declarations (2.1). | 72198-000003 | 20907449 |

**LaMonte v. Crawford**
**Fees Incurred in Preparing Opposition to Plaintiff's Motion to Compel and For Sanctions**

| Date | Initials | Name | Hours | Amount | Description | Matter | Index |
|---|---|---|---|---|---|---|---|
| 8/9/2011 | 3168 | Brett Bartlett | 1.0 | $ 495.00 | Review order denying motion to compel; analyze impact on case. | 72198-000003 | 20901084 |
| 8/10/2011 | 4334 | Kevin Young | 3.6 | $ 990.00 | Analyze Eleventh Circuit case law regarding fee awards, primarily under Barnes and Norman cases (2.7); prepare outline for motion for reasonable expenses (0.9). | 72198-000003 | 20907453 |
| 8/11/2011 | 4334 | Kevin Young | 5.0 | $ 1,375.00 | Draft motion for reasonable expenses, including supporting memorandum of law. | 72198-000003 | 20913367 |
| 8/11/2011 | 4334 | Kevin Young | 1.9 | $ 522.50 | Analyze attorneys' fees related to opposing Plaintiff's Motion to Compel. | 72198-000003 | 20913368 |
| 8/12/2011 | 3168 | Brett Bartlett | 0.5 | $ 247.50 | Direct preparation of motion for fees. | 72198-000003 | 20919364 |
| 8/12/2011 | 4334 | Kevin Young | 2.8 | $ 770.00 | Draft motion for reasonable expenses, including supporting memorandum of law. | 72198-000003 | 20919712 |
| 8/12/2011 | 4334 | Kevin Young | 0.4 | $ 110.00 | Analyze case law pertaining to motion for reasonable expenses. | 72198-000003 | 20919713 |
| 8/15/2011 | 4334 | Kevin Young | 3.4 | $ 935.00 | Draft motion for reasonable expenses, including supporting memorandum of law. | 72198-000003 | 20926618 |
| 8/15/2011 | 4334 | Kevin Young | 0.4 | $ 110.00 | Analyze case law pertaining to motion for reasonable expenses. | 72198-000003 | 20926620 |
| 8/16/2011 | 4334 | Kevin Young | 1.9 | $ 522.50 | Draft motion for reasonable expenses, including supporting documents. | 72198-000003 | 20926624 |
| 8/17/2011 | 3168 | Brett Bartlett | 1.5 | $ 742.50 | Review motion for fees and supporting materials. | 72198-000003 | 20939495 |
| 8/17/2011 | 4334 | Kevin Young | 1.6 | $ 440.00 | Draft motion for reasonable expenses, including supporting documents. | 72198-000003 | 20939742 |
| | | **Total Fees** | | **$ 17,424.00** | | | |