## **EXHIBIT B**

**Billing Statements**

# SEYFARTH
**ATTORNEYS**  SHAW LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
federal id 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
San Francisco
Washington, D.C.
Brussels

June 28, 2011

Invoice No. 1864848
4240 72198 / 72198-000003
W1ST

Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: ████████████, Corporate Counsel

For legal services rendered through May 31, 2011

**Advs. Jon Mark Lamonte - FLSA Suit**

| Date | Timekeeper | Task | Hours | Rate | Value | Description |
|------|-----------|------|-------|------|-------|-------------|
|  |  |  |  |  |  |  |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Crawford & Company

| Date | Timekeeper | Task | Hours | Rate | Value | Description |
|------|-----------|------|-------|------|-------|-------------|
| ███ | ████ | ██ | ██ | ██ | ████████████ |  |
| ███ | ████ | ██ | ██ | ██ | ██████████ |  |
| ███ | ████ | ██ | ██ | ██ | ████████████ |  |
| ███ | ████ | ██ | ██ | ██ | ████████████ |  |
| ███ | ████ | ██ | ██ | ██ | ████████████ |  |
| ███ | ████ | ██ | ██ | ██ | ████████████ |  |



Crawford & Company

| Date | Timekeeper | Task | Hours | Rate | Value | Description |
|------|-----------|------|-------|------|-------|-------------|
| 05/10/11 | K. Young | L120 | 0.30 | 275.00 | 82.50 | Analyze deposition transcript for purpose of preparing additional discovery requests and strategies. |



Crawford & Company

| Date | Timekeeper | Task | Hours | Rate | Value | Description |
|------|------------|------|-------|------|-------|-------------|
| █ | █ | █ | █ | █ | █ | ███████████ |
| █ | █ | █ | █ | █ | █ | ███████████ |
| █ | █ | █ | █ | █ | █ | ███████████ |
| █ | █ | █ | █ | █ | █ | ███████████ |
| 05/21/11 | B. Bartlett | L250 | 0.20 | 495.00 | 99.00 | Review motion to compel filed by plaintiff. |
| █ | █ | █ | █ | █ | █ | ███████████ |
| █ | █ | █ | █ | █ | █ | ███████████ |
| 05/26/11 | K. Young | L430 | 0.80 | 275.00 | 220.00 | Prepare opposition to Plaintiff's motion to compel and for sanctions. |



Crawford & Company

| Date | Timekeeper | Task | Hours | Rate | Value | Description |
|------|-----------|------|-------|------|-------|-------------|
| 05/27/11 | B. Bartlett | L250 | 0.50 | 495.00 | 247.50 | Direct preparation of response to motion to compel. |
| 05/27/11 | K. Young | L430 | 1.20 | 275.00 | 330.00 | Analyze Plaintiff's motion to compel and for sanctions. |
| ██████ | ██████ | ████ | ███ | ████ | ████████████ | |
| 05/30/11 | K. Young | L430 | 4.10 | 275.00 | 1,127.50 | Draft opposition to Plaintiff's motion to compel and for sanctions. |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Rate | Value |
|------------|-------|-------|------|-------|
| ██████ | ████ | ███ | ███ | ████ |

| Task | Description | Hours | Value |
|------|-------------|-------|-------|
| ██ | ████████ | ████ | |
| ██ | ██████████ | ██ | ██ |
| ██ | ████████ | ██ | ██ |
| ██ | ██████ | ████ | |
| ██ | ███████ | ████ | |
| ██ | ████ | ████ | |
| ██ | █████ | ████ | |
| ██ | █████████ | ████ | |

| Date | Disbursements | Value |
|------|---------------|-------|
| | **Courier/Messenger** | |



Crawford & Company



**Total Disbursements**

**Total Fees And Disbursements This Statement**

# SEYFARTH
**ATTORNEYS** SHAW LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
federal id 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
San Francisco
Washington, D.C.
Brussels

June 28, 2011

Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: ███████████, AVP, Corporate Counsel

Invoice No. 1864848
4240 72198 / 72198-000003
Advs. Jon Mark Lamonte - FLSA Suit

---

## INVOICE SUMMARY

Total Fees                                              ████████

Total Disbursements                                     ███

Total Fees and Disbursements This Statement             ████████

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ████████████ |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:** | |
| ████████████ | |

# SEYFARTH
**ATTORNEYS**
## SHAW LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
federal id 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
San Francisco
Washington, D.C.
Brussels

June 28, 2011

Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: ███████████ AVP, Corporate Counsel

4240 72198 / 72198-000003
Advs. Jon Mark Lamonte - FLSA Suit

---

## ACCOUNTS RECEIVABLE SUMMARY

A review of our records reflects the following invoice(s) remain unpaid.  Please remit your payment promptly.



| *Date* | *Invoice* | *Invoice Amount* | *Payment Received* | *Balance* |
|--------|-----------|------------------|--------------------|-----------|
| ███ | ███ | ███ | ███ | ███ |

If you have any questions with regard to the amount as stated, please contact ███████ in our Finance Department at ███████.

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

| PAYMENT BY CHECK VIA STANDARD MAIL:<br>Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>PAYMENT BY CHECK VIA OVERNIGHT MAIL:<br>████████████ | PAYMENT BY WIRE TO:<br>████████████████████ |
|---|---|

Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: ██████, AVP, Corporate Counsel

# SEYFARTH
### ATTORNEYS  SHAW LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
federal id 36-2152202

Atlanta
Boston
Chicago
Houston
Los Angeles
New York
Sacramento
San Francisco
Washington, D.C.
Brussels

July 31, 2011

Invoice No. 1882874
4240 72198 / 72198-000003
W1ST

Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: █████████, AVP, Corporate Counsel

For legal services rendered through July 31, 2011

### Advs. Jon Mark Lamonte - FLSA Suit

| Date | Timekeeper | Task | Hours | Rate | Value | Description |
|------|-----------|------|-------|------|-------|-------------|
| 05/31/11 | K. Young | L430 | 5.70 | 275.00 | 1,567.50 | Draft opposition to Plaintiff's motion to compel. |
| 05/31/11 | K. Young | L430 | 3.90 | 275.00 | 1,072.50 | Analyze case law from throughout the Eleventh Circuit for authority in support of opposition to Plaintiff's motion to compel. |
| 06/01/11 | K. Young | L430 | 2.90 | 275.00 | 797.50 | Draft opposition to Plaintiff's motion to compel. |
| 06/01/11 | K. Young | L430 | 0.30 | 275.00 | 82.50 | Draft motion to stay all post-discovery deadlines. |
| 06/01/11 | K. Young | L430 | 2.20 | 275.00 | 605.00 | Analyze case law from throughout the Eleventh Circuit for authority in support of opposition to Plaintiff's motion to compel. |
| 06/02/11 | B. Bartlett | L250 | 1.00 | 495.00 | 495.00 | Review and revise opposition to motion to compel. |

BILLS ARE DUE AND PAYABLE UPON RECEIPT
THIS STATEMENT DOES NOT INCLUDE EXPENSES NOT YET RECEIVED BY THIS OFFICE
WHICH MIGHT HAVE BEEN INCURRED DURING THE PERIOD COVERED BY THIS BILLING



Crawford & Company

| Date | Timekeeper | Task | Hours | Rate | Value | Description |
|---|---|---|---|---|---|---|
| 06/02/11 | K. Young | L430 | 1.60 | 275.00 | 440.00 | Analyze case law for additional authority in support of opposition to Plaintiff's Motion to Compel. |
| 06/02/11 | K. Young | L430 | 5.60 | 275.00 | 1,540.00 | Revise opposition to Plaintiff's Motion to Compel to include additional arguments, authority, and record cites (3.0); prepare exhibits of email communications for opposition brief (0.5); draft declaration of counsel regarding opposition exhibits (0.7); prepare motion to stay deadlines tied to the close of the discovery period until Plaintiff's Motion to Compel is decided (0.9); revise motion to stay deadlines tied to the close of the discovery period until Plaintiff's Motion to Compel is decided (0.5). |
| 06/02/11 | K. Young | L430 | 0.50 | 275.00 | 137.50 | Correspondence with opposing counsel regarding motion to stay deadlines tied to the close of the discovery period until Plaintiff's Motion to Compel is decided. |
| 06/06/11 | K. Young | L430 | 1.20 | 275.00 | 330.00 | Revise declaration of counsel in support of opposition to Plaintiff's Motion to Compel (0.5); make final revisions to Defendant's opposition to Plaintiff's Motion to Compel (0.7). |
| 06/06/11 | K. Young | L430 | 0.90 | 275.00 | 247.50 | Review eleven email exhibits to ensure accuracy before filing opposition to Plaintiff's Motion to Compel (0.4); file Defendant's opposition to Plaintiff's Motion to Compel (0.5) |



Crawford & Company

| Date | Timekeeper | Task | Hours | Rate | Value | Description |
|------|-----------|------|-------|------|-------|-------------|
| ██ | ██ | ██ | ██ | ██ | ██ | ████ |
| ██ | ██ | ██ | ██ | ██ | ████ | ████ |
| ██ | ██ | ██ | ██ | ██ | ████ | |
| ██ | ██ | ██ | ██ | ██ | ████ | |
| ██ | ██ | ██ | ██ | ██ | ████ | |
| ██ | ██ | ██ | ██ | ██ | ████ | |
| ██ | ██ | ██ | ██ | ██ | ████ | |
| ██ | ██ | ██ | ██ | ██ | ████ | |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Rate | Value |
|-----------|-------|-------|------|-------|
| ██ | ██ | ██ | ██ | ██ |

| Task | Description | Hours | Value |
|------|-------------|-------|-------|
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | |
| ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | |



Invoice No. 1882874

Page 4

Crawford & Company

**Total Disbursements**

**Total Fees And Disbursements This Statement**

# SEYFARTH SHAW LLP
**ATTORNEYS**

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
federal id 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
San Francisco
Washington, D.C.
Brussels

July 31, 2011

Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: ████████████ AVP, Corporate Counsel

Invoice No. 1882874
4240 72198 / 72198-000003
Advs. Jon Mark Lamonte - FLSA Suit

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | ██████ |
| Total Disbursements | ██ |
| Total Fees and Disbursements This Statement | ██████ |

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693<br><br>**PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>████████████ | ████████████<br>████████ |

# SEYFARTH
**ATTORNEYS** **SHAW** LLP

131 South Dearborn
Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000
Federal ID 36-2152202

ATLANTA
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
SACRAMENTO
San Francisco
Washington, D.C.
Brussels

July 31, 2011

Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: ███████████, AVP, Corporate Counsel

4240 72198 / 72198-000003
Advs. Jon Mark Lamonte - FLSA Suit

---

## ACCOUNTS RECEIVABLE SUMMARY

A review of our records reflects the following invoice(s) remain unpaid.  Please remit your payment promptly.

| Date | Invoice | Invoice Amount | Payment Received | Balance |
|------|---------|----------------|------------------|---------|
| ███ | ███ | ███ | ███ | ███ |

If you have any questions with regard to the amount as stated, please contact ███████ in our Finance Department at ██████.

## PLEASE RETURN THIS COPY WITH YOUR PAYMENT

## IF PAYING BY WIRE PLEASE REFERENCE CLIENT NAME & INVOICE NUMBER

| PAYMENT BY CHECK VIA STANDARD MAIL: | PAYMENT BY WIRE TO: |
|---|---|
| Seyfarth Shaw LLP<br>3807 Collections Center Drive<br>Chicago, IL 60693 | Bank Name:  Bank of America<br>Account Name:  Seyfarth Shaw LLP Operating Account<br>Account Number:  5201743357 |
| **PAYMENT BY CHECK VIA OVERNIGHT MAIL:**<br>Bank of America Lockbox Services<br>3807 Collections Center Drive<br>Chicago, IL 60693 | ABA Wire Payment Number:  026-009-593<br>ABA ACH Payment Number:  081-904-808<br>Swift Code:  BOFAUS3N |

Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: █████████, Corporate Counsel

8189.00   1466.77   47436.84Proforma   5796776   08/19/11
Billing Specialist: 4240

Joint ID:

Page 1 (1)

72198   Crawford & Company

Billing
Address:   Crawford & Company
1001 Summit Boulevard
Atlanta, GA 30319
Attention: Amy E. Loggins, AVP, Corporate Counsel

000003   Advs. Jon Mark Lamonte - FLSA Suit

| Atty | Date | Matter Value Time | Matter Value Amount | Billable Value Time | Billable Value Amount | Task | Act. | Description of Services Rendered | |
|---|---|---|---|---|---|---|---|---|---|
| BARTB | 08/09/11 | 1.00 | 495.00 | 1.00 | 495.00 | L250 | A104 | Review order denying motion to compel; analyze impact on case. | 20901084 |
| YOUNK | 08/09/11 | 3.00 | 825.00 | 3.00 | 825.00 | L430 | A104 | Analyze court's order denying Plaintiff's motion to compel and directing client to file motion for its reasonable expenses (0.9); analyze Eleventh Circuit case law regarding fee awards, including examples of supporting declarations (2.1). | 20907449 |
| SAYNN | 08/10/11 | .40 | 64.00 | .40 | 64.00 | L140 | A104 | Review email, motion and ruling and update docket management system to assist with tracking new case deadlines and motion for expense deadline. | 20907162 |
| YOUNK | 08/10/11 | 3.60 | 990.00 | 3.60 | 990.00 | L430 | A104 | Analyze Eleventh Circuit case law regarding fee awards, primarily under Barnes and Norman cases (2.7); prepare outline for motion for reasonable expenses (0.9). | 20907453 |
| YOUNK | 08/11/11 | 5.00 | 1,375.00 | 5.00 | 1,375.00 | L430 | A103 | Draft motion for reasonable expenses, including supporting memorandum of law. | 20913367 |
| YOUNK | 08/11/11 | 1.90 | 522.50 | 1.90 | 522.50 | L430 | A104 | Analyze attorneys' fees related to opposing Plaintiff's Motion to Compel. | 20913368 |
| BARTB | 08/12/11 | .50 | 247.50 | .50 | 247.50 | L250 | A101 | Direct preparation of motion for fees. | 20919364 |
| ORRAN | 08/12/11 | .80 | 40.00 | .80 | 40.00 | L110 | A102 | Research awards for attorneys fees on motions to compel. | 20917859 |

```
Proforma   5796776   08/19/11   Billing Specialist: 4240        Robert Stevens

72198      Crawford & Company

000003     Advs. Jon Mark Lamonte - FLSA Suit
```

|       |          | Matter Value | | Billable Value | |      |      |                                                              |          |
| Atty  | Date     | Time | Amount | Time | Amount | Task | Act. | Description of Services Rendered                             |          |
|-------|----------|------|--------|------|--------|------|------|--------------------------------------------------------------|----------|
| YOUNK | 08/12/11 | 2.80 | 770.00 | 2.80 | 770.00 | L430 | A103 | Draft motion for reasonable expenses, including supporting memorandum of law. | 20919712 |
| YOUNK | 08/12/11 | .40  | 110.00 | .40  | 110.00 | L430 | A104 | Analyze case law pertaining to motion for reasonable expenses. | 20919713 |
| YOUNK | 08/15/11 | 3.40 | 935.00 | 3.40 | 935.00 | L430 | A103 | Draft motion for reasonable expenses, including supporting memorandum of law. | 20926618 |
| YOUNK | 08/15/11 | .40  | 110.00 | .40  | 110.00 | L430 | A104 | Analyze case law pertaining to motion for reasonable expenses. | 20926620 |
| YOUNK | 08/16/11 | 1.90 | 522.50 | 1.90 | 522.50 | L430 | A103 | Draft motion for reasonable expenses, including supporting documents. | 20926624 |
| BARTB | 08/17/11 | 1.50 | 742.50 | 1.50 | 742.50 | L250 | A104 | Review motion for fees and supporting materials. | 20933495 |
| YOUNK | 08/17/11 | 1.60 | 440.00 | 1.60 | 440.00 | L430 | A103 | Draft motion for reasonable expenses, including supporting documents. | 20933742 |
|       |          | 28.20 | 8,189.00 | 28.20 | 8,189.00 | | | Fees Total | 8,189.00 |

| Atty | Date | Disb Amt | Description of Disbursement | Location |
|------|------|----------|----------------------------|----------|

Page 3 (3)

Proforma  5796776  08/19/11
                    Billing Specialist:  Robert Stevens

72198    Crawford & Company

000003   Advs. Jon Mark Lamonte - FLSA Suit

Atty     Date        Disb Amt      Description of Disbursement           Location
----     ----        -------       --------------------------           --------
                                   Voucher Date: 05/12/2011    Check No. 285186

Disb Total

                           BILLING & PAYMENT HISTORY

-------------- B I L L E D --------------  -------------- P A I D --------------

        Invoice            Over/Under(-)  Billed                                      Balance
Invoice Bill Type  Amount  Realization    /Hour   Type   Date    Amount
------- ---------  ------  ------------   ------   ----   ----    ------             -------

                        Time Summary By Attorney

                                              Standard   Matter     Amount              Last
Attorney               Time                   Value      Value      To Bill    $/hr    WIP Date
--------               ----                   --------   ------     -------     ----    --------



Proforma  5796776   08/19/11      Billing Specialist: Robert Stevens                                                    Page 4 (4)

72198    Crawford & Company

000003   Advs. Jon Mark Lamonte - FLSA Suit

| Attorney | | Time | Standard Value | Matter Value | Amount To Bill | $/hr | Last WIP Date |
|----------|---|------|----------------|--------------|----------------|------|---------------|
| 3168 | BARTB | Brett Bartlett | | | | | |
| 4334 | YOUNK | Kevin Young | | | | | |
| 1899 | SAYNN | Nola Sayne | | | | | |
| 4744 | ORRAN | Anna E. Orr | | | | | |

Grand Total Fees
Grand Total Disbursements


        Disbursement ATTORNEY SUMMARY

| Attorney | Amount |
|----------|--------|

Total Disbursements


        Disbursement CODE SUMMARY

| Code | Description | Amount |
|------|-------------|--------|
| D10 | Process Server | |
| D107B | Local Messenger | |
| E115 | Deposition Transcripts | |

Total Disbursements


Aged Time and Disb 08/19/11

Time Worked
Worked Value
Matter Value
Disbursements

| Client/Matter | Time | Matter Value | Disb. | Comments |
|---------------|------|--------------|-------|----------|
| 72198  Crawford & Company | | | | |
| 000003  Advs. Jon Mark Lamonte - FLSA Suit | | | | |

Time Start:  01/01/00    Time End:  08/08/11
Disb Start:  01/01/00    Disb End:  08/08/11

Page 5 (5)

Proforma  5796776  08/19/11
                   Billing Specialist:  Robert Stevens
                                        4240

72198     Crawford & Company

000003    Advs. Jon Mark Lamonte - FLSA Suit


          Bill Template: WS

DATE: 08/19/11 15:04:29 PRO FORMA STATEMENT AS OF 080811   CLIENT SUMMARY FOR CLIENT 72198   #5796776(374580) Page 6 (1)

72198   Crawford & Company

000003   Advs. Jon Mark Lamonte - FLSA Suit



*-------------MATTER SUMMARY-------------*

*-------TIME AND FEE SUMMARY-------*
*-------TIMEKEEPER-------* HOURS  %  FEES  %
1899   Nola Sayne
3168   Brett Bartlett
4334   Kevin Young
4744   Anna E. Orr

*-----WORKED LOCATION SUMMARY-----*
*-----LOCATION-----*  AMOUNT  *
23   Atlanta

LOCATION TOTAL

*--------COST CODE SUMMARY--------*
*-------COST CODE-------*  AMOUNT  *
D10    Process Server
D107B  Local Messenger
E115   Deposition Transcripts

COST TOTAL