UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JON MARK LAMONTE, | ) ) ) |
| Plaintiff, | ) ) ) Civil Action Number: |
| v. | ) ) 1:10-cv-02658-JOF ) |
| CRAWFORD & COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF ANGELO SPINOLA

I, Angelo Spinola, pursuant to 28 U.S.C. § 1746, state as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could testify competently to them.

2. I am a shareholder in the Atlanta office of the law firm Littler Mendelson, P.C., a national firm of approximately 800 attorneys which focuses exclusively in labor and employment law. I have practiced labor and employment law in the Atlanta area for over ten years, and I dedicate the majority of my practice to representing employers in wage-hour litigation, primarily under the Fair Labor Standards Act.

3. In my experience, a billing rate of $495.00 per hour for a partner with

ten years of employment-law-related experience, primarily in wage-hour litigation, is well within the range of rates for firms of the size, type, and caliber of Seyfarth Shaw LLP in the Atlanta area for wage-hour litigation.

4. In my experience, a billing rate of $275.00 per hour for a wage-hour litigation associate with approximately four years of experience is well within the range of rates charged to paying clients by firms of the size, type, and caliber of Seyfarth Shaw LLP in the Atlanta area for wage-hour litigation.

5. Based on my review and experience, Seyfarth Shaw LLP's attorneys exercised good billing judgment for the time they charged Crawford & Company to plan, prepare, revise, and file an opposition to Plaintiff LaMonte's motion to compel, including as well their time preparing the ensuing motion for Crawford's reasonable expenses in opposing that motion. The amount of time spent is reasonable and within the time attorneys with similar experience in employment-related litigation would be expected to expend, given various considerations including, but not limited to, the importance of the issues, the complexity of the arguments, the volume of the supporting evidence, and the results obtained.

6. In my experience, attorneys from Seyfarth Shaw LLP, including Brett C. Bartlett whom I know personally, have a good reputation and are of sound experience, especially in litigating employment-related matters.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of August, 2011.

_____
Angelo Spinola